COMERFORD v. BRISTOL. COHN v. TOMES. NORWOOD v. PREFERRED ACCIDENT INS. CO. ELDAEN REALTY CO. v. BENSAMON. GORDITZER v. LEVENSON. DORSETT v. DOUBLEDAY & CO. BARTH v. BLAINE. ROSENBERG v. JACOBSON. JACOB v. KELLOGG. INNOVATION TRUNK CO. v. PLATT. STERN v. BARRETT CHEMICAL CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Actions by Minnie Comerford against George W. Bristol, by Samuel Cohn against George Tomes, by Herbert E.

Norwood against the Preferred Accident Insurance Company, by the Eldaen Realty Company against Max E. G. Bensamon, by Leon Gorditzer against Morris Levenson, by Ellen R. Dorsett against Doubleday & Co., by Adolph Barth against James Blaine, by Anna Rosenberg against George Jacobson, by G. Albert Jacob against Antoinette Kellogg, by the Innovation Trunk Company against Arthur C. Platt, and by Julius Stern against the Barrett Chemical Company. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.